**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04315-DRC |
| | § | |
| JOHN WILT | § | |
| DIANNE WILT | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a. m.** on **12/21/2012**, in **Courtroom 4016**, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   11/16/2012          By:  /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                   §        Case No. 11-04315-DRC
                                         §
JOHN WILT                                §
DIANNE WILT                              §
                                         §
                                         §
           Debtor(s)                     §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                              $7,000.00
*and approved disbursements of*                                      $24.01
*leaving a balance on hand of[1]:*                                $6,975.99


Claims of secured creditors will be paid as follows: NONE


Total to be paid to secured creditors:          $0.00
Remaining balance:                          $6,975.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |
| David E. Grochocinski, Trustee Expenses | $60.00 | $0.00 | $60.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $2,798.75 | $0.00 | $2,798.75 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $153.76 | $0.00 | $153.76 |

Total to be paid for chapter 7 administrative expenses:   $4,462.51
Remaining balance:                                        $2,513.48

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,513.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,513.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,097.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One,N.A | $118.58 | $0.00 | $10.65 |
| 2 | Chase Bank USA, N.A. | $27,561.17 | $0.00 | $2,476.56 |
| 3 | Chase Bank USA, N.A. | $417.75 | $0.00 | $37.54 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,524.75 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $36,708.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 4 | Rick & Lisa Vinson | $36,708.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: «mnyTotalUnsecuredCreditorsSub_v2»
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
              Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
John Wilt  
Dianne Wilt  
    Debtors

Case No. 11-04315-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: adragonet      Page 1 of 2      Date Rcvd: Nov 19, 2012  
                     Form ID: pdf006      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2012.

```
db/jdb       +John Wilt,    Dianne Wilt,    2S271 Burning Trail,    Wheaton, IL 60189-3617
16759873     +Almare Development Co.,    564 S Washington St, Suite 200,    Naperville, IL 60540-6674
17796315     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16759876     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16759875     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
17805870      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16759877    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court:   Harris NA,     PO Box 6201,    Carol Stream, IL 60197)
16759880      Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
16759881     +Rick & Lisa Vinson,    22410 Country Court,    New Lenox, IL 60451-8508
16759882     +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
16759883     +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16759879     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 20 2012 03:03:49     Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16759874      CBeyond Communications
16759878      JDCM Properties
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2012**                  **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet            Page 2 of 2                   Date Rcvd: Nov 19, 2012
                              Form ID: pdf006            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2012 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Plaintiff David Grochocinski lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          John J Lynch    on behalf of Debtor John Wilt jjlynch@jjlynchlaw.com,
           rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
          Maria  Georgopoulos    on behalf of Creditor  US Bank National Association nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```