UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04315-DRC |
| | § | |
| JOHN WILT | § | |
| DIANNE WILT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $15,618.50 | Assets Exempt: | $23,500.00 |
| Total Distributions to Claimants: | $2,513.48 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $4,486.52 | | |

3)   Total gross receipts of $7,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,486.52 | $4,486.52 | $4,486.52 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $64,805.50 | $64,805.50 | $2,513.48 |
| **Total Disbursements** | NA | $69,292.02 | $69,292.02 | $7,000.00 |

4). This case was originally filed under chapter 7 on 02/03/2011. The case was pending for -1333 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2013          By:  /s/ David E. Grochocinski
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| E4701 TANAGER COURT, LAVALLE, WI | 1241-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $60.00 | $60.00 | $60.00 |
| Green Bank | 2600-000 | NA | $24.01 | $24.01 | $24.01 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $2,798.75 | $2,798.75 | $2,798.75 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $153.76 | $153.76 | $153.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,486.52 | $4,486.52 | $4,486.52 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One, N.A | 7100-000 | NA | $118.58 | $118.58 | $10.61 |
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $27,561.17 | $27,561.17 | $2,465.50 |
| 3 | Chase Bank USA, N.A. | 7100-000 | NA | $417.75 | $417.75 | $37.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Rick & Lisa Vinson | 7200-000 | NA | $36,708.00 | $36,708.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $64,805.50 | $64,805.50 | $2,513.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 11-04315-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILT, JOHN AND WILT, DIANNE | Date Filed (f) or Converted (c): | 02/03/2011 (f) |
| For the Period Ending: | 2/5/2013 | §341(a) Meeting Date: | 03/31/2011 |
| | | Claims Bar Date: | 11/25/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2S271 BURNING TRAIL, WHEATON, IL | $429,000.00 | $0.00 | FA | $0.00 | |
| 2 | E4701 TANAGER COURT, LAVALLE, WI | $38,064.00 | $0.00 | FA | $7,000.00 | |
| 3 | CASH | $100.00 | $0.00 | FA | $0.00 | |
| 4 | SAVINGS ACCOUNT | $3,000.00 | $0.00 | FA | $0.00 | |
| 5 | HOUSEHOLD GOODS | $1,000.00 | $0.00 | FA | $0.00 | |
| 6 | CLOTHING | $500.00 | $0.00 | FA | $0.00 | |
| 7 | IRA | $12,000.00 | $0.00 | FA | $0.00 | |
| 8 | REAL STAR REALTY, INC. | Unknown | $0.00 | FA | $0.00 | |
| 9 | JDCM PROPERTIES | Unknown | $0.00 | FA | $0.00 | |
| 10 | PARTNERSHIP ON PROPERTY IN OSWEGO | $0.00 | $0.00 | FA | $0.00 | |
| 11 | 2010 TAX REFUND | $2,000.00 | $2,000.00 | FA | $0.00 | |
| 12 | 2005 HONDA ACCORD | $6,000.00 | $0.00 | FA | $0.00 | |
| 13 | 2001 CHRYSLER PT CRUISER | $3,000.00 | $0.00 | FA | $0.00 | |
| 14 | 2005 LEXUS ES 300 | $10,000.00 | $0.00 | FA | $0.00 | |
| 15 | LUND PROV FISHING BOAT | $1,518.50 | $0.00 | FA | $0.00 | |
| 16 | VOID | $0.00 | $0.00 | FA | $0.00 | |

| TOTALS (Excluding unknown value) | $506,182.50 | $2,000.00 | | $7,000.00 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**
PROPERTY TO SELL IN WI; TITLE ISSUES BEING INVESTIGATED; ADVERSARY LIKELY TO BE FILED BY 4/12; SETTLED INTEREST IN WI REAL ESTATE

Initial Projected Date Of Final Report (TFR): 06/30/2012     Current Projected Date Of Final Report (TFR): 06/30/2013     /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

Page No: 1                                    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 11-04315-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WILT, JOHN AND WILT, DIANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4988 | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******4989 | Account Title: | |
| For Period Beginning: | 2/3/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/24/2012 | (2) | JOHN WILT | SETTLEMENT OF PREFERENCE | 1241-000 | $7,000.00 | | $7,000.00 |
| 09/04/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $6,997.09 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.83 | $6,987.26 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.27 | $6,975.99 |
| 12/27/2012 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,450.00 | $5,525.99 |
| 12/27/2012 | 3002 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $60.00 | $5,465.99 |
| 12/27/2012 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $2,798.75 | $2,667.24 |
| 12/27/2012 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $153.76 | $2,513.48 |
| 12/27/2012 | 3005 | Capital One, N.A | Distribution on Claim #: 1; | 7100-000 | | $10.61 | $2,502.87 |
| 12/27/2012 | 3006 | Chase Bank USA, N.A. | Distribution on Claim #: 2; | 7100-000 | | $2,465.50 | $37.37 |
| 12/27/2012 | 3007 | Chase Bank USA, N.A. | Distribution on Claim #: 3; | 7100-000 | | $37.37 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $7,000.00 | $7,000.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 |
| **Subtotal** | $7,000.00 | $7,000.00 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $7,000.00 | $7,000.00 |

**For the period of 2/3/2011 to 2/5/2013**

| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/24/2012 to 2/5/2013**

| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 11-04315-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | WILT, JOHN AND WILT, DIANNE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4988 | | Checking Acct #: | ******1501 |
| Co-Debtor Taxpayer ID #: | ******4989 | | Account Title: | |
| For Period Beginning: | 2/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/5/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,000.00 | $7,000.00 | $0.00 |

**For the period of 2/3/2011 to 2/5/2013**

| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/03/2011 to 2/5/2013**

| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $7,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID E. GROCHOCINSKI
────────────────────────────
DAVID E. GROCHOCINSKI